**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1736**

———————————

EMMA V. HOWARD,

                                        Plaintiff - Appellant,

        versus


UNITED STATES DISTRICT COURT, Middle District
of NC; FRANK W. BULLOCK, JR., Individually and
in his capacity as Honorable Chief Judge;
ROMALLUS O. MURPHY, Individually and in his
official capacity as attorney for civil right
and labor law defendant; J. P. CREEKMORE,
Individually and in his capacity as Clerk of
United States District Court,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Sr., District Judge.  (CA-98-97-1)

———————————

Submitted:  October 20, 1998          Decided:  November 3, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Emma V. Howard, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emma V. Howard appeals the district court's order denying relief on her civil rights complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Howard v. United States District Court</u>, No. CA-98-97-1 (M.D.N.C. Feb. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>